**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Charles Stafford JACKSON and Jarrell Jennings, Defendants-Appellants.**

No. 75–3135.

United States Court of Appeals,
Fifth Circuit.

Sept. 7, 1976.

Emmett Colvin, Dallas, Tex., for defendants-appellants.

Frank D. McCown, U. S. Atty., Ft. Worth, Tex., William F. Sanderson, Jr., Asst. U. S. Atty., Dallas, Tex., for plaintiff-appellee.

ON PETITION FOR REHEARING

Before DYER, CLARK and GEE, Circuit Judges.

PER CURIAM:

Appellant complains that the court, in denying his *Brady* claim, overlooked the fact that a *Brady* request was made at the trial level. Reexamining the trial record we find that a general request for *Brady* material was made but this in no way changes the standard of materiality to be applied. The Supreme Court has recently equated a general request with no request at all:

> [W]e conclude that there is no significant difference between cases in which there has been merely a general request for exculpatory matter and cases, like the one we must now decide, in which there has been no request at all.

*United States v. Agurs,* —— U.S. ——, 96 S.Ct. 2392, 2399, 49 L.Ed.2d 342 (1976).

IT IS ORDERED that the petition for rehearing filed in the above entitled and numbered cause be and the same is hereby DENIED.